ATTORNEY GRIEVANCE COMMISSION     *     IN THE
OF MARYLAND     *     COURT OF APPEALS
    *     OF MARYLAND
     Petitioner     *
    *     Misc. Docket AG
v.     *
    *     No. 16
LAWAL MOMODU     *
    *     September Term, 2017
     Respondent     *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This matter came before the Court upon the filing of a Petition for Disciplinary or Remedial Action, with attached certified copy of an Order entered December 14, 2016, whereby the United States District Court for the District of Maryland indefinitely suspended Lawal Momodu, a member of this Court's Bar, from the Bar of the U.S. District Court, with a right to apply for reinstatement no sooner than one year from the date of the Order. By this Court's Order dated July 28, 2017, Mr. Momodu was suspended in accordance with Maryland Rule 19-737(d), effective immediately, from the practice of law in the State of Maryland, pending further order of the Court. Having now considered the responses of Mr. Momodu and Bar Counsel to the Court's Show Cause Order dated June 27, 2017, and having found no demonstration of any of the exceptional circumstances set forth in Rule 19-737(e), it is this 29th day of August, 2017,

ORDERED, by the Court of Appeals of Maryland, as the final disposition of this matter, that Lawal Momodu, Respondent, is indefinitely suspended from the practice of law in the State of Maryland, with a right to apply for reinstatement no sooner than December 14, 2017; and it is further

ORDERED, that the Clerk of this Court shall issue notice of this final disposition in accordance with Maryland Rule 19-761(b); and it is further

ORDERED, that judgment is hereby entered in favor of the Attorney Grievance Commission of Maryland against Lawal Momodu in the amount of $100.00.

/s/ Mary Ellen Barbera
Chief Judge